**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Healy Construction Services, Inc., Kathy Healy,<br>and James Healy,<br>v.<br>Bryan Cave LLP | Case Number: 08-cv-02045 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Bryan Cave LLP

| |
|---|
| NAME (Type or print)<br>Joshua G. Herman |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joshua G. Herman |
| FIRM<br>McDermott Will & Emery LLP |
| STREET ADDRESS<br>227 W. Monroe, 44th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6283074 | TELEPHONE NUMBER<br>312-372-2000 |
|---|---|

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐