# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

HEALY CONSTRUCTION SERVICES, INC.,
KATHY HEALY and JAMES HEALY

                 Plaintiffs,            Case No. 08-cv-02045

        v.                              The Honorable Wayne R. Andersen

BRYAN CAVE LLP,

                 Defendant

## BRYAN CAVE LLP'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois and Federal Rule of Civil Procedure 7.1, Bryan Cave LLP ("Bryan Cave") states as follows:

1. Bryan Cave has no publicly held affiliates.

2. Bryan Cave has no parent corporation or any publicly held corporation owning 10% or more of its stock.

                                                    Respectfully submitted,

June 16, 2008                            By:   /s/ Joshua G. Herman

                                                        Thomas C. Borders, P.C.
                                                        Douglas E. Whitney
                                                         Joshua G. Herman
                                                         McDermott Will & Emery LLP
                                                         227 West Monroe Street
                                                         Chicago, IL  60606
                                                         (312) 372-2000
                                                         (312) 984-7700 (fax)

                                                         *Attorneys for Bryan Cave LLP*

## CERTIFICATE OF SERVICE

The undersigned, an attorney and counsel for Bryan Cave LLP, hereby certifies that on June 16, 2008, a copy of the foregoing was filed electronically on the CM/ECF system, with electronic copies being automatically sent through said system to registered CM/ECF users, and sent via U.S. Mail, postage prepaid to:

    David S. Argentar
    Kendall E. Woods
    CHUHAK & TECSON, P.C.
    30 South Wacker Drive, Suite 2600
    Chicago, Illinois 60606-7413
    (312) 444-9300
    DArgentar@chuhak.com
    KWoods@chuhak.com

                                                By:   /s/ Joshua G. Herman
                                                        Joshua G. Herman

CHI99 4993943-1.019773.0037