IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

HEALY CONSTRUCTION SERVICES, INC.,
KATHY HEALY and JAMES HEALY
               Plaintiffs,          Case No. 08-cv-02045

      v.                                 The Honorable Wayne R. Andersen

BRYAN CAVE LLP,
               Defendant

## NOTICE OF MOTION

To:

    David S. Argentar
    Kendall E. Woods
    CHUHAK & TECSON, P.C.
    30 South Wacker Drive, Suite 2600
    Chicago, Illinois  60606-7413
    (312) 444-9300
    DArgentar@chuhak.com
    KWoods@chuhak.com

      PLEASE TAKE NOTICE, that the undersigned shall appear before the Honorable Wayne R. Andersen on Thursday, June 26, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, at 219 S. Dearborn, Room 1403, Chicago, Illinois, 60604, and will present Bryan Cave LLP's **Motion to Dismiss Complaint Pursuant to Rules 12(b)(1) and 12(b)(3) of the Federal Rules of Civil Procedure**.

                                                    Respectfully submitted,

June 16, 2008                              By:   /s/ Joshua G. Herman

                                                    Thomas C. Borders, P.C.
                                                    Douglas E. Whitney
                                                    Joshua G. Herman
                                                    MCDERMOTT WILL & EMERY LLP
                                                    227 West Monroe Street
                                                    Chicago, IL  60606
                                                    (312) 372-2000
                                                    (312) 984-7700 (fax)

                                                    *Attorneys for Bryan Cave LLP*

## CERTIFICATE OF SERVICE

The undersigned, an attorney and counsel for Bryan Cave LLP, hereby certifies that on June 16, 2008, a copy of the foregoing was filed electronically on the CM/ECF system, with electronic copies being automatically sent through said system to registered CM/ECF users, and sent via U.S. Mail, postage prepaid to:

> David S. Argentar
> Kendall E. Woods
> CHUHAK & TECSON, P.C.
> 30 South Wacker Drive, Suite 2600
> Chicago, Illinois  60606-7413
> (312) 444-9300
> DArgentar@chuhak.com
> KWoods@chuhak.com

By:   /s/ Joshua G. Herman
       Joshua G. Herman

CHI99 4991363-1.019773.0037