**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| HEALY CONSTRUCTION SERVICES, INC., KATHY HEALY and JAMES HEALY<br>　　　　　　　Plaintiffs,<br>　　v.<br>BRYAN CAVE LLP,<br>　　　　　　　Defendant | Case No. 08-cv-02045<br>The Honorable Wayne R. Andersen |

**MOTION TO DISMISS COMPLAINT PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND (3)**

Defendant Bryan Cave LLP ("Bryan Cave") respectfully moves this Court to pursuant to Rules 12(b)(1) and (3) of the Federal Rules of Civil Procedure to dismiss with prejudice the Complaint filed by Plaintiffs Healy Construction Services, Inc., Kathy Healy, and James Healy ("Plaintiffs"). The Complaint should be dismissed for the following reasons:

　　1.　　This Court lacks subject matter jurisdiction, and dismissal is required under Rule 12(b)(1).

　　2.　　The binding arbitration agreement between Bryan Cave and Plaintiffs requires that Plaintiffs' disputes be arbitrated in New York, New York, and dismissal is accordingly required under Rule 12(b)(3).

In support of this Motion, Bryan Cave incorporates its contemporaneously filed memorandum of law.

WHEREFORE, for the foregoing reasons, Bryan Cave respectfully requests that the Court dismiss Plaintiffs' Complaint with prejudice.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

June 16, 2008　　　　　　　　　　　　By: ___/s/ Joshua G. Herman___

Thomas C. Borders, P.C.
Douglas E. Whitney
Joshua G. Herman
MCDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, IL  60606
(312) 372-2000
(312) 984-7700 (fax)
*Attorneys for Bryan Cave LLP*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney and counsel for Bryan Cave LLP, hereby certifies that on June 16, 2008, a copy of the foregoing was filed electronically on the CM/ECF system, with electronic copies being automatically sent through said system to registered CM/ECF users, and sent via U.S. Mail, postage prepaid to:

    David S. Argentar
    Kendall E. Woods
    CHUHAK & TECSON, P.C.
    30 South Wacker Drive, Suite 2600
    Chicago, Illinois  60606-7413
    (312) 444-9300
    DArgentar@chuhak.com
    KWoods@chuhak.com

                                              By:   /s/ Joshua G. Herman
                                                     Joshua G. Herman

CHI99 4991352-1.019773.0037