## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Healy Construction Services, Inc., et al.

                              Plaintiff,

v.                                            Case No.: 1:08–cv–02045
                                                    Honorable Wayne R. Andersen

Bryan Cave LLP

                              Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 15, 2008

                                                                               /s/ Wayne R. Andersen

                                                                      United States District Judge