**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Healy Construction Services, Inc., et al.
                              Plaintiff,

v.                                            Case No.: 1:08−cv−02045
                                              Honorable Wayne R. Andersen

Bryan Cave LLP
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

    MINUTE entry before the Honorable Maria Valdez:Magistrate Judge Status hearing held on 8/7/2008. Parties advise the court that settlement has been reached. Parties executed consent to exercise jurisdiction by a United States Magistrate Judge.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.