IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

HEALY CONSTRUCTION SERVICES, INC.,
KATHY HEALY and JAMES HEALY
                    Plaintiffs,

v.

BRYAN CAVE LLP,
        Defendant

Case No. 08-cv-02045
The Honorable Wayne R. Andersen

## STIPULATION TO DISMISS

Plaintiffs HEALY CONSTRUCTION SERVICES, INC., KATHY HEALY and JAMES HEALY and Defendant BRYAN CAVE LLP through their attorneys, hereby stipulate that the Complaint and this action shall be dismissed with prejudice and with the parties to bear their own costs, expenses and attorney's fees, pursuant to the agreed order attached hereto.

Dated: August 6, 2008

_____
David S. Argentar
Chuhak & Tescon, P.C.
30 S. Wacker Drive
Suite 2600
Chicago, IL 60606
(312) 855-4621

*Counsel for Plaintiffs*

_____
Thomas C. Borders
Douglas E. Whitney
Joshua G. Herman
McDermott Will & Emery LLP
227 W. Monroe Street
Chicago, Illinois 60606
(312) 984-7700

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEALY CONSTRUCTION SERVICES, INC., KATHY HEALY, and JAMES HEALY, <br><br> Plaintiffs, <br><br> v. <br><br> BRYAN CAVE LLP, <br><br> Defendants. | Case No. 08-CV-02045 <br><br> The Honorable Wayne R. Andersen <br> Magistrate Judge Maria Valdez |

### ORDER OF DISMISSAL

This Court, having considered the Stipulation to Dismiss of the Plaintiffs and Defendant, hereby orders as follows:

1.  The Complaint and action are dismissed with prejudice;

2.  The parties shall bear their own costs, expenses and attorney's fees.

So ordered.

Dated:_____                           _____
                                                Honorable Maria Valdez

789627\1\14872\28349