# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2045 | **DATE** | 8/22/2008 |
| **CASE TITLE** | Healy Construction Services Inc et al vs. Bryan Cave LLP | | |

**DOCKET ENTRY TEXT**

This matter is hereby dismissed with prejudice with each party to bear their own costs, expenses and attorney's fees pursuant to parties stipulation [19].

Docketing to mail notices.

| | Courtroom Deputy Initials: | yp |
|---|---|---|